# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO.  24-54197-jwc |
| **BRIAN GEE MCCARTHY** | : | |
| | : | |
| Debtor. | : | CHAPTER 7 |
| | : | |
| | : | JUDGE JEFFERY W. CAVENDER |
| | : | |

## WITHDRAWAL OF NOTICE OF APPEARANCE

COMES NOW, Fred B, Wachter of The Wachter Law Firm and files this its Withdrawal of Notice of Appearance due to an error in the name of the party being represented in the first paragraph of the previously filed Notice of Appearance.

This 6th day of June, 2024.

    Respectfully submitted,

    /s/ Fred B. Wachter
    FRED B. WACHTER
    Attorney for
    Plymouth Funding, LLC
    Georgia Bar No. 729215
    The Wachter Law Firm
    106 Hammond Drive NE
    Atlanta, Georgia 30328
    770.973.1100
    fbwachter@wachterlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing WITHDRAWAL OF NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE OF PAPERS upon all parties of record to this matter via the CM/ECF system which will send a notice of electronic filing.

This 6th day of June, 2024.

/s/ Fred B. Wachter
FRED B. WACHTER
Attorney for
Plymouth Funding, LLC
Georgia Bar No. 729215
The Wachter Law Firm
106 Hammond Drive NE
Atlanta, Georgia 30328
770.973.1100
fbwachter@wachterlaw.com